05-2331

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALBERTO GONZALES
UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVE.
WASHINGTON, DISTRICT OF COLUMBIA
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
JAN 10 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7002 2030 0003 7968 5190

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA
555 4th STREET NW
WASHINGTON, DISTRICT OF COLUMBIA
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 0 9 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7002 2030 0003 7968 5183

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

AO-440 (Revised-DC 1/00) Summons in a Civil Action (Return of Service)

KENNETH G. HEATH
MARY C. HEATH

VS.                                                   Case No.  05-2331 EGS

UNITED STATES

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me' | DATE: 1/4/2006 BY CERTIFIED MAIL* |
| NAME OF SERVER (print) KENNETH G. HEATH | TITLE PLAINTIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SENT BY CERTIFIED MAIL NO.* 7002 2030 0003 7968 5190 TO ALBERTO GONZALES. BY ATTN: CIVIL PROCESS CLERK 950 PENNSYLVANIA AVENUE, WASHINGTON DC 20530. RETURN RECEIPT REPORTS DATE OF RECEIPT WAS JANUARY 10, 2006.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES CERTIFIED MAIL | TOTAL $5.34 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JANUARY 26, 2006        _Kenneth G. Heath_
                Date                  Signature of Server

50164 BRONTE DRIVE EAST, SHELBY TOWNSHIP,
Address of Server
MICHIGAN 48315

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

AO-440 (Revised-DC 1/00) Summons in a Civil Action (Return of Service)

KENNETH G. HEATH
MARY C. HEATH

VS.

Case No. 05-2331 EGS

UNITED STATES

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me¹ | DATE: 1/4/2006 BY CERTIFIED MAIL * |
|---|---|
| NAME OF SERVER (print) KENNETH G. HEATH | TITLE PLAINTIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT BY CERTIFIED MAIL NO. *7002 2030 0003 7968 5183 TO KENNETH L. WAINSTEIN, UNITED STATES ATTORNEY, 555 4TH ST. N.W. WASHINGTON DC. 20530. RETURN RECEIPT REPORTS DATE OF RECEIPT WAS JANUARY 9, 2006.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES CERTIFIED MAIL | TOTAL $5.34 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JANUARY 26, 2006
Date

Signature of Server

50164 BRONTE DRIVE EAST, SHELBY TOWNSHIP, MICHIGAN 48315
Address of Server

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.