IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID STINECIPHER & <br> DEBRA STINECIPHER <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:05-cv-2434 (RMU) <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiffs' [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1586062.1

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

David Stinecipher
Debra Stinecipher
214 E. Parker
Carlsbad, NM 88220

1586062.1

CERTIFICATE OF SERVICE

      IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiffs *pro se* on the 9th day of March, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

      KENNETH G. HEATH
      MARY C. HEATH
      Plaintiffs *pro se*
      50164 Bronte Drive, East
      Shelby, MI 48315

      /s/ Pat S. Genis
      PAT S. GENIS, #446244