IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

KENNETH G. HEATH & )
MARY C. HEATH )
 )
    Plaintiffs, )
 )
v. ) No: 1:05-cv-2331 (EGS)
 )
UNITED STATES, )
 )
    Defendant. )

## NOTICE OF RELATED CASES

The following is a list of cases that, save for the identity of the plaintiffs, whose complaints are identical, or nearly identical, to that filed in this matter. Indeed, not only are the complaints identical, but some subsequent filings have been identical as well.

1. Robert H. Anderton v. United States, No. 1:06-cv-129 RBW

2. Edward J. Armbruster III v. United States, No. 1:05-cv-2376 PLF

3. Jeffrey Bean v. United States, No. 1:05-cv-2145 CKK

4. Hamlet C. Bennett v. United States, No. 1:05-cv-2297 RMC

5. Matthew Brandt v. United States, No. 1:05-cv-1613 ESH

6. Paul Broward v. United States, No. 1:05-cv-1774 HHK

7. John Burton v. United States, No. 1:05-cv-2121 RMU

8. Sylvester Cain v. United States, No. 1:06-cv-132 RWR

9. Carol Cooper v. United States, No. 1:05-cv-1192 RBW

10. Stacy N. & Sharon L. Dubble Davenuport v. United States, No. 1:05-cv-2488 RJL

11. Richard M. Donnally v. United States, No. 1:05-cv-2049 RMU

12. Paul B. Evans v. United States, No. 1:06-cv-32 JDB

13. Joseph A. & Elizabeth J. Gaines v. United States, No. 1:05-cv-2326 ESH

14. Lee F. Garvin v. United States, No. 1:05-cv-1775 RBW

15. Eleanor M. Glass v. United States, No. 1:05-cv-2498 ESH

16. Brent & Rhonda Gross v. United States, No. 1:05-cv-1818 JR

17. Kenneth D. Guthery v. United States, No. 1:06-cv-176 EGS

18. Kevin Haydel v. United States, No. 1:05-cv-2405 RJL

19. Kenneth G. & Mary C. Heath, No. 1:05-cv-2331 EGS

20. William Henry, Jr. v. United States, No. 1:05-cv-2084 ESH

21. Grant & Ethel Holyoak v. United States, No. 1:05-cv-1829 HHK

22. Calvin Kim v. United States, No. 1:06-cv-103 RMC

23. Lavern Koerner v. United States, No. 1:05-cv-1600 ESH

24. Lavern Koerner v. United States, No. 1:06-cv-24

25. William M. Kramer v. United States, No. 1:05-cv-1659 PLF

26. Will H. LaRue v. United States, No. 1:06 cv-61 CKK

27. Stephen J. & Patricia Lindsey v. United States, No. 1:05-cv-1761 RBW

28. Wallace Lohmann v. United States, No. 1:05-cv-1976 HHK

29. Rudolph Luscher v. United States, No. 1:05-cv-1987 RCL

30. Gregory Martens v. United States, No. 1:05-cv-1805 RMC

31. Maurita Martin, et al. v. United States, No. 1:05-cv-2506 EGS

32. William R. Masterson v. United States, No. 1:05-cv-1807 JDB

33. Richard L. Mellor v. United States, No. 1:06-cv-116 RCL

34. Richard & Wilma Metsker v. United States, No. 1:05-cv-22457 RCL

35. Verda Nye v. United States, No. 1:05-cv-2486 RWR

36. James O'Connor v. United States, No. 1:05-cv-2075 (HHK)

37. Lawrence Otto v. United States, No. 1:05-cv-2319 GK

38. Amelia Petersheim v. United States, No. 1:05-cv-1815 RWR

39. Gary Placke v. United States, No. 1:06-cv-26 JR

40. George & Claudia Pragovich v. United States, No. 1:05-cv-2222 JR

41. Charles Radcliffe v. United States, No. 1:05-cv-1624 EGS

42. Bart H. Rippl v. United States, No. 1:06-cv-165 RWR

43. Ronald N. Romashko v. United States, No. 1:05-cv-2239 CKK

44. Dennis Rose v. United States, No. 1:05-cv-1896 PLF

45. Lawrence & Debra Schafrath v. United States, No. 1:05-cv-1656 GK

46. Robert Scott & Linda Casoria-Scott v. United States, No. 1:05-cv-2043 ESH

47. Sandra Shoemaker v. United States, No. 1:05-cv-1736 TFH

48. Daniel T. & Mary G. Smith v. United States, No. 1:05-cv-2069 CKK

49. Robert Seelman v. U.S., No. 1:05-cv-2482 PLF

50. David & Debra Stinecipher v. United States, No. 1:05-cv-2434 RMU

51. Bruce & Elise Travis v. United States, No. 1:05-cv-1867 RCL

52. Daniel & Donna Turner v. United States, No. 1:05-cv-1716 JDB

53. Roy A. Watson v. United States, No. 1:06-cv-58 EGS

54. Gregg & Regina Whitfield v. United States, No. 1:05-cv-1961 RWR

55. Isaac Zook v. United States, No. 1:06-cv-164 RWR

DATED:     March 9, 2006.

                                                    Respectfully submitted,

                                                    /s/ Pat S. Genis
                                                    PAT S. GENIS #446244
                                                    Trial Attorney, Tax Division
                                                    United States Department of Justice
                                                    Post Office Box 227
                                                    Washington, DC 20044
                                                    Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1586063.11

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the NOTICE OF RELATED CASES was made on March 9, 2006 by mailing, postage prepaid, addressed to:

>   Kenneth G. Heath
>   Mary C. Heath
>   50164 Bronte Drive, East
>   Shelby, MI 48315

          /s/ Pat S. Genis
          PAT S. GENIS   #446244

1586063.11