# United States District Court
## IN THE DISTRICT OF COLUMBIA

Kenneth G. Heath,
Mary Heath,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. 1:05-cv-02331

RECEIVED

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO FILE OUT OF TIME

Plaintiffs request leave of court to respond to the courts order to file by March 24, 2006. Plaintiffs are untrained in law and do not have access to paralegals, secretaries and/or legal researchers. The attached responses required extensive research and writing to respond to defendants motions.

Dated: 3-22 March 22, 2006

_____
Kenneth G. Heath
50164 Bronte Dr. East
Shelby, Mich, 48315

_____
Mary Heath
50164 Bronte Dr. East
Shelby, Mich, 48315

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated March 22, 2006

_____
Kenneth G. Heath

Kenneth G. Heath v. United States.       page 1 of 1 pages       Objection and Response to
Defendants' Motion To Dismiss