UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-

D-1   KENNETH HEATH,

                Defendant.
_____/

```
JUDGE : Steeh, George Caram
DECK  : Det/AA Judge Crim Deck
DATE  : 12/08/2005 @ 16:45:04
CASE NUMBER : 2:05CR81115
INDI USA V. KENNETH HEATH  (DA)
WI
```

MAGISTRATE JUDGE VIRGINIA M. MORGAN

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(26 U.S.C. §7201 — ATTEMPT TO EVADE AND DEFEAT THE PAYMENT OF TAX)

D-1   KENNETH HEATH

During the calender year 1999, the defendant, KENNETH HEATH, a resident of Shelby

Township, Michigan, had received taxable income in the sum of approximately $86,975; that upon

said taxable income there was owing to the United States of America an income tax of

approximately $12,823; that well-knowing and believing the foregoing facts, KENNETH HEATH,

on or about April 15, 2000, in the Eastern District of Michigan, did willfully attempt to evade and

defeat the said income tax due and owing by him to the United States of America for said calendar

year by failing to make an income tax return on or before April 15, 2000, as required by law, to any

proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said

income tax, and by submitting a false W-4 form to his employer claiming he was exempt from tax

withholdings; all in violation of Title 26, United States Code, Section 7201.

## COUNT TWO
(26 U.S.C. §7201 — ATTEMPT TO EVADE AND DEFEAT THE PAYMENT OF TAX)

D-1     KENNETH HEATH

During the calender year 2000, the defendant, KENNETH HEATH, a resident of Shelby Township, Michigan, had received taxable income in the sum of approximately $87,240; that upon said taxable income there was owing to the United States of America an income tax of approximately $12,404; that well-knowing and believing the foregoing facts, KENNETH HEATH, on or about April 15, 2001, in the Eastern District of Michigan, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2001, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by submitting a false W-4 form to his employer claiming he was exempt from tax withholdings; all in violation of Title 26, United States Code, Section 7201.

## COUNT THREE
(26 U.S.C. §7201 — ATTEMPT TO EVADE AND DEFEAT THE PAYMENT OF TAX)

D-1     KENNETH HEATH

During the calender year 2001, the defendant, KENNETH HEATH, a resident of Shelby Township, Michigan, had received taxable income in the sum of approximately $76,049; that upon said taxable income there was owing to the United States of America an income tax of approximately $9,485; that well-knowing and believing the foregoing facts, KENNETH HEATH, on or about April 15, 2002, in the Eastern District of Michigan, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar

2

year by failing to make an income tax return on or before April 15, 2002, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by submitting a false W-4 form to his employer claiming he was exempt from tax withholdings; all in violation of Title 26, United States Code, Section 7201.

## COUNT FOUR
(26 U.S.C. §7201 — ATTEMPT TO EVADE AND DEFEAT THE PAYMENT OF TAX)

D-1    KENNETH HEATH

During the calender year 2002, the defendant, KENNETH HEATH, a resident of Shelby Township, Michigan, had received taxable income in the sum of approximately $36,943; that upon said taxable income there was owing to the United States of America an income tax of approximately $2,591; that well-knowing and believing the foregoing facts, KENNETH HEATH, on or about April 15, 2003, in the Eastern District of Michigan, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2003, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by submitting a false W-4 form to his employer claiming he was exempt from tax withholdings; all in violation of Title 26, United States Code, Section 7201.

## COUNT FIVE
(18 U.S.C. §514(a)(2) — PRESENTING A FICTITIOUS FINANCIAL INSTRUMENT)

D-1    KENNETH HEATH

On or about August 13, 2003, in the Eastern District of Michigan, Southern Division, defendant KENNETH HEATH, with intent to defraud, presented, offered, passed and attempted to

3

pass a false and fictitious instrument entitled "Registered Bill of Exchange"payable to the Internal Revenue Service, in the amount of $88,997.38, appearing, purporting and contriving through scheme and artifice to be an actual financial instrument issued under the authority of the United States. It was part of the scheme and artifice that, on or about August 13, 2003, defendant KENNETH HEATH mailed the false and fictitious instrument entitled "Registered Bill of Exchange" to the Internal Revenue Service office in Detroit, Michigan, along with an individual master file printout showing his account balance and written instructions that the false and fictitious instrument be used to pay taxes due and owing to the Internal Revenue Service; all in violation of Title 18, United States Code, Section 514(a)(2).

## COUNT SIX
(18 U.S.C. §514(a)(2) — PRESENTING A FICTITIOUS FINANCIAL INSTRUMENT)

D-1    KENNETH HEATH

On or about December 23, 2003, in the Eastern District of Michigan, Southern Division, defendant KENNETH HEATH, with intent to defraud, presented, offered, passed and attempted to pass a false and fictitious instrument entitled "Registered Bill of Exchange"payable to the Internal Revenue Service, in the amount of $20,297.82, appearing, purporting and contriving through scheme and artifice to be an actual financial instrument issued under the authority of the United States. It was part of the scheme and artifice that, on or about December 23, 2003, defendant KENNETH HEATH mailed the false and fictitious instrument entitled "Registered Bill of Exchange" to the Internal Revenue Service office in Kansas City, Missouri, along with a Internal Revenue Service reminder notice showing his account balance and written instructions that the false and fictitious

4

instrument be used to pay taxes due and owing to the Internal Revenue Service; all in violation of Title 18, United States Code, Section 514(a)(2).

THIS IS A TRUE BILL

/s FOREPERSON

FOREPERSON
Dated:

STEPHEN J. MURPHY
United States Attorney

/s Alan M. Gershel

ALAN M. GERSHEL
Assistant U.S. Attorney
Chief of the Criminal Division

/s Sarah Resnick Cohen

SARAH RESNICK COHEN
Assistant U.S. Attorney

| PS 7<br>(Rev 07/93) | **PRETRIAL RELEASE REPORTING INSTRUCTIONS** | |
|---|---|---|

| DEFENDANT<br>*HEATH, Kenneth* | DISTRICT COURT<br>05-80955 | DOCKET NO.<br>*05-81115* |
|---|---|---|

| CASE SUPERVISOR<br>*Lester E. Thomas* | TELEPHONE NUMBER<br>*313.234.5332* |
|---|---|

**REPORT AS FOLLOWS:**

In Person: *the 1ˢᵗ Tuesday of each month*

By Telephone: *n/a*

Additional Instructions: *refer to bond papers*

---

Home visits will be conducted throughout your period of supervision.

Notify your Pretrial Services Officer immediately of an change in address, telephone, or employment.

days notice must be given for approval of travel outside the restricted area.

You shall not commit a federal, state, or local crime during the period of release. You shall inform the Pretrial Services Officer immediately if you are charged with an offense.

**DEFENDANT'S STATEMENT**

I understand the above stated instructions and understand that failure to comply will be reported to the Court and may result in the revocation of my bond and my detention pending the outcome of my case.

| SIGNATURE OF DEFENDANT<br>X *K3H/CHTH* | DATE<br>January 6, 2006 |
|---|---|

| SIGNATURE OF UNITED STATES PRETRIAL SERVICES OFFICER | DATE<br>January 6, 2006 |
|---|---|

AO 442 (Rev. 5/93) Warrant for Arrest                    Sarah Resnick Cohen (313) 226-9637

# United States District Court

| EASTERN | **DISTRICT OF** | MICHIGAN - SD |
|---|---|---|

UNITED STATES OF AMERICA

V.

*KENNETH HEATH*

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 81115

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Kenneth Heath
                                                          Name
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment

charging him or her with Attempt to Evade and Deceive Payment of Tax

in violation of Title 26   United States Code, Section(s) 7201

| | |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____     by _____
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |