## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| KENNETH HEATH, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-2331 (RMU) |
| | : | | |
| v. | : | Document No.: | 3 |
| | : | | |
| UNITED STATES | : | | |
| | : | | |
| Defendant. | : | | |

### ORDER

**GRANTING THE DEFENDANT'S MOTION TO DISMISS**

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 24th day of August, 2006,

**ORDERED** that the defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge