IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH G. HEATH & <br> MARY C. HEATH <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:05-cv-2331 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNITED STATES' OPPOSITION TO MOTION TO VACATE

On August 24, 2006, the Court dismissed plaintiffs' complaint for their failure to properly serve the United States. As the Court's memorandum opinion correctly stated, such failure requires dismissal. Accordingly, the Court should deny plaintiffs' motion to vacate the Court's order of dismissal.

DATE: December 18, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel./FAX: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' OPPOSITION TO MOTION TO VACATE was served upon plaintiffs *pro se* on December 18, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> KENNETH G. HEATH
> MARY C. HEATH
> Plaintiffs *pro se*
> 50164 Bronte Drive, East
> Shelby, MI 48315

> /s/ Pat S. Genis
> PAT S. GENIS, #446244

2093731.11